# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

| | |
|---|---|
| HAROLD LONEY, ) | |
|     Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | No. 7:13-CV-226-H |
| PIEDMONT ADVANTAGE CREDIT ) | |
| UNION, DATAMAX CORPORATION, ) | |
| FIRST THIRD BANK, GILA ) | |
| CORPORATION, EQUIFAX ) | |
| INFORMATION SERVICES, LLC, ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC., and TRANS ) | |
| UNION, LLC, ) | |
|     Defendants. ) | |

**Decision by Court.**
This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration.

IT IS ORDERED, ADJUDGED AND DECREED the court adopts the recommendation of the magistrate judge as its own. Defendant Datamax Corporation's motion for sanctions and dismissal is granted.

Defendants Piedmont Advantage Credit Union, Gila Corporation, and Experian Information Solutions, Inc. were previously dismissed by Stipulations of Dismissal. Defendant First Third Bank was dismissed without prejudice by order on October 8, 2014 and defendant Equifax Information Services, LLC was dismissed with prejudice by order on February 6, 2014.

The plaintiff shall have and recover nothing of the defendants and this matter is dismissed.

This Judgment Filed and Entered on March 5, 2015, with service with service via US Mail and CM/ECF Notice of Electronic Filing on:

| | |
|---|---|
| Harold Loney<br>407 E. Oak Island Drive<br>Oak Island, NC 28465 | via US Mail |
| Caren Enloe | via CM/ECF |
| Charles Sprinkle, III | via CM/ECF |
| Kenneth Shaw | via CM/ECF |
| Julian Wright, Jr. | via CM/ECF |
| Nathan Chase, Jr. | via CM/ECF |
| Kelly Brown | via CM/ECF |
| Joseph Williford | via CM/ECF |

| | |
|---|---|
| March 5, 2015<br>Date | JULIE A. RICHARDS, CLERK<br>/s/ Lisa W. Lee<br>(By): Lisa W. Lee, Deputy Clerk |